UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN NORTHWEST DISTRIBUTORS INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUR ROSES DISTILLERY LLC, <br><br> Defendant. | Case No. 2:22-cv-01265-TMC <br><br> ORDER GRANTING MOTIONS TO SEAL |

## I.   INTRODUCTION AND BACKGROUND

Before the Court are the parties' stipulated motion to seal (Dkt. 85) and Defendant Four Roses Distillery LLC's unopposed motion to seal. Dkt. 94.

The documents at issue are unredacted versions of:

(1) Exhibit D (containing Plaintiff American Northwest Distributors Inc.'s correspondence and product purchasing information) (Dkt. 83-1) to the Declaration of Anton Fedechkin Wright in support of American Northwest's Motion for Partial Summary Judgment, Dkt. 81;

(2) Exhibit E (containing product purchase order information) (Dkt. 82-1), Exhibit F (an expert report by Rebekah A. Smith analyzing the parties' commercial and

financial information) (Dkt. 82-2), and Exhibit G (an expert report by Neil J. Beaton analyzing the parties' commercial and financial information) (Dkt. 82-3) to the Declaration of Bryan C. Graff in support of American Northwest's Motion for Partial Summary Judgment, Dkt. 80;

(3) Exhibit O (American Northwest's financial aging spreadsheets) (*see* Dkt. 77-15), Exhibit JJ (an expert rebuttal report by Neal J. Beaton) (Dkt. 77-36), Exhibit MM (an expert rebuttal report by Rebekah A. Smith) (*see* Dkt. 77-39), and Exhibit PP (an expert report by Neil J. Beaton) (*see* Dkt. 77-42) to the Declaration of Anne Dorshimer in support of Four Roses' Motion for Summary Judgment and Daubert motion, Dkt. 77; and

(4) Exhibit B (transcript excerpts from the deposition of David Steiner) (Dkt. 92) and Exhibit D (American Northwest's financial aging spreadsheets) (Dkt. 93) to the Declaration of Alissa Harris in support of Four Roses' Response to American Northwest's Motion for Partial Summary Judgment, Dkt. 91.

## II.  DISCUSSION

A court considering a sealing request starts with "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party seeking to overcome this presumption and seal court records relating to a dispositive motion must provide "compelling reasons" that are "sufficiently specific" for doing so. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1183 (9th Cir. 2006).

The parties move to seal documents filed in support of their dispositive motions, *see* Dkt. 85, 94; *see supra* Sec. I. After review of the documents at issue, the Court finds that the documents meet the compelling reasons standard articulated in *Kamakana* because they contain sensitive proprietary commercial and financial information about the parties that could be used

by third party competitors. *See Kamakana*, 447 F.3d at 1183. The parties have articulated sufficiently specific reasons such information should remain confidential. *See id*; Dkt. 85, 94.

### III.    CONCLUSION

Accordingly, for the reasons explained above, the Court ORDERS as follows:

- The parties' stipulated motion to seal (Dkt. 85) is GRANTED and the documents at Dkt. 77-15, 77-39, 77-42; Dkt. 82-1–3; and Dkt. 83-1 shall remain SEALED.

- Four Roses' unopposed motion to seal (Dkt. 94) is GRANTED and the documents at Dkt. 77-36; Dkt. 92, and 93 shall remain SEALED.

Dated this 26 day of June, 2024.

Tiffany M. Cartwright
United States District Judge